UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NEXUS UNDERWRITING LIMITED,
                     Plaintiff,  :   23 Civ. 2475 (LGS)

       -against-  :   ORDER

GABLES TRANSPORT, INC.,
                     Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated March 24, 2023, required the parties to file a proposed case management plan and joint letter by May 3, 2023.

    WHEREAS, Defendant has not appeared and Plaintiff has not filed proof of service on the docket.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **May 5, 2023**.  If Plaintiff has not been in communication with Defendant, it shall file a status letter regarding its efforts to serve Defendants and request an adjournment of the initial conference as soon as possible, and no later than **May 5, 2023**.

Dated: May 4, 2023
       New York, New York

                                       LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE