UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                     :
NEXUS UNDERWRITING LIMITED,      :
                          Plaintiff,     :
           -against-                       :         23 Civ. 2475 (LGS)
                                                       :
GABLES TRANSPORT INC.,            :         <u>ORDER</u>
                               Defendant.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for July 12, 2023.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the July 12, 2023, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss or to transfer venue, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, the parties' request for a referral for settlement discussions through the S.D.N.Y. Mediation Program is **GRANTED.** A referral order will issue separately.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: July 7, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE